IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br><br>Plaintiff(s),<br><br>v.<br><br>Keith Manning,<br><br>Defendant(s). | Case No. 19-cr-201-10<br>Judge Sara L. Ellis |

## **ORDER**

Motion to dismiss the indictment and superseding indictment as to Keith Manning [808] is granted. [Enter Order]

Date: 4/8/2022 /s/ Sara L. Ellis